

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2014

No. 04-14-00310-CV

Enrique **LOPEZ**, d/b/a Maternidad La Piedad,
Appellant

v.

Marina Edith **OSUNA**, Individually and as next friend for Sarai Edith Gonzalez and Benito
Gonzalez Cantu,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 13-10-28869-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Appellant's motion to extend time to file notice of appeal is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 21st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court